UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE ANGEL SERPA,

        Plaintiff,

    v.

RICK SHUMWAY, et al.,

        Defendants.

Case No.  25-cv-00051-EKL

**ORDER OF DISMISSAL**

       Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983.  On March 27, 2025, the Court dismissed the complaint with leave to amend after discussing the deficiencies of the filing.  ECF No. 11.  The time to file an amended complaint has passed and plaintiff has not submitted an amended complaint or otherwise communicated with the Court.  The case is DISMISSED without prejudice for failure to state a claim as set forth in the prior order.

       **IT IS SO ORDERED.**

Dated:  May 12, 2025

Eumi K. Lee
United States District Judge